Argued and submitted January 30, affirmed July 6, 1981

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM LEE JOHNSON,
*Appellant.*

(C 80-03-31180; CA 18204)

630 P2d 923

Marianne Bottini, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Jan Peter Londahl, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant's only assignment of error on appeal from a judgment of conviction for Burglary in the Second Degree is that the trial court erred in denying defendant's motion for a post-indictment preliminary hearing. That contention has been disposed of adversely to defendant by the Supreme Court in *State v. Clark,* 291 Or 231, 630 P2d 810 (1981); *State v. Edmonson,* 291 Or 251, 630 P2d 822 (1981).

Affirmed.